No. 84, Orig. UNITED STATES *v.* ALASKA. Motion of Inupiat Community of the Arctic Slope for leave to intervene referred to the Special Master. [For earlier order herein, see, *e. g.*, 445 U. S. 914.]

No. 80–419. ARIZONA *v.* MARICOPA COUNTY MEDICAL SOCIETY ET AL. C. A. 9th Cir. [Certiorari granted, 450 U. S. 979.] Motion of the Solicitor General as *amicus curiae* for divided argument and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Respondents also allotted an additional 10 minutes for oral argument.

No. 80–518. U. S. INDUSTRIES/FEDERAL SHEET METAL, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. [Certiorari granted, 450 U. S. 979.] Motion of American Insurance Association for leave to file a brief as *amicus curiae* granted.

No. 80–689. WIDMAR ET AL. *v.* VINCENT ET AL. C. A. 8th Cir. [Certiorari granted, 450 U. S. 909.] Motions for leave to file briefs as *amici curiae* by the following are granted: United States Catholic Conference; Bible Study; Center for Constitutional Studies et al.; Regents of the University of California; National Association of Evangelicals; and Association for the Coordination of University Religious Affairs.

No. 80–847. COMMON CAUSE ET AL. *v.* SCHMITT ET AL.; and

No. 80–1067. FEDERAL ELECTION COMMISSION *v.* AMERICANS FOR CHANGE ET AL. D. C. D. C. [Probable jurisdiction noted, 450 U. S. 908.] Motions of appellants for divided argument and for additional time for oral argument granted. A total of one and one-half hours is allotted for oral argument to be divided as follows: 25 minutes for Federal Election Commission; 20 minutes for Common Cause et al.; and 45 minutes for appellees.